**Hearing Date:  November 18, 2015**
**Hearing Time: 10:00AM**


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

------------------------------------------------------------------x

In re:                                                    Case No.: 15-22499 (CGM)

BARBARA GLASSER

                                          CHAPTER: 13

                         DEBTOR.

------------------------------------------------------------------x


BARABAR GLASSER

                         MOVANT

V.

                                          MOTION TO DETERMINE
                                          VALUE OF SECURITY AND
                                          CREDITOR'S ALLOWED
                                          SECURED CLAIM

WELLS FARGO BANK, NA

                         RESPONDENT

------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that upon the attached Motion ("Motion") of Ms. Barbara Glasser, the above-named debtor ("Debtor"), by and through her undersigned counsel, Linda M. Tirelli, Esq. of Garvey, Tirelli & Cushner Ltd., 50 Main Street, Suite 390, White Plains, New York 10606, will move before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York at the United States Courthouse, located at 300 Quarropas Street, White Plains, NY 10601 on the 18th**th day of November, 2015 at 10:00AM**, or as soon thereafter as counsel may be heard, pursuant to Federal Rules of Bankruptcy Procedure 3002.1 *et al* for the entry of order to determine that value of the security and lien as claimed by wells Fargo Bank, NA.

**Hearing Date: November 18, 2015**
**Hearing Time: 10:00AM**

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion must be made and received by counsel for the Debtor with a copy to Chambers on or before **SEVEN DAYS** prior to the return date of the motion.

**Dated:** September 23, 2015
　　　　White Plains, New York

/s/Linda M. Tirelli
Linda M. Tirelli, Esq.
Attorney for Debtor/Movant
Garvey Tirelli & Cushner Ltd.
50 Main Street, Suite 390
White Plains, New York 10606
Tel: (914) 946-2200
Fax: (914) 946-1300

**NOTICE TO:**
**Richard Mullen**, **Esq.**
Woods Oviatt Gilman, LLP
700 Crossroad Building
2 State Street
Rochester, NY 14614

**Jacqueline Ann Fink, Esq.**
Druckman Law Group PLLC
242 Drexel Avenue
Westbury, NY 11590

**Jeffrey L. Sapir, Esq.**
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, NY 10603

**United States Trustee**
Attn: Greg Zipes, Esq.
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

**WELLS FARGO BANK, N.A.**
Attn: John Stumpf, CEO
3476 Stateview Blvd, MAC #D3347-014
Fort Mill, SC 29715